BROWN et al. v. MITCHELL. (Circuit Court of Appeals, Third Circuit. September 8, 1902.) No. 43. Appeal from the Circuit Court of the United States for the District of New Jersey. Agreement of counsel to docket and dismiss appeal under rule 20 (31 C. C. A. clxii, 90 Fed. clxii).

DAYTON COAL & IRON CO. v. NORRIS. (Circuit Court of Appeals, Sixth Circuit. May 6, 1902.) No. 985. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. Burkett, Miller & Mansfield, for plaintiff in error. Williams & Lancaster, Thomas & Thomas, and A. P. Haggard, for defendant in error. Before LURTON and DAY, Circuit Judges, and WANTY, District Judge. No opinion. Affirmed, with costs.

In re FIRST NAT. BANK OF YOUNGSTOWN. (Circuit Court of Appeals, Sixth Circuit. May 15, 1902.) No. 1,042. Petition to Review an Order of the District Court of the United States for the Northern District of Ohio. Arrel, McVey & Robinson, for petitioner. Frank L. Baldwin, for bankrupt. Before LURTON, DAY, and SEVERENS, Circuit Judges. No opinion. Affirmed, with costs.

GAFFNEY v. PRUETT. (Circuit Court of Appeals, Fifth Circuit. October 13, 1902.) No. 1,133. In Error to the Circuit Court of the United States for the Eastern District of Texas. J. F. Lanier (George C. Greer and H. B. Short, on the brief), for plaintiff in error. Presly K. Ewing and S. R. Perryman (Perryman & Kottwitz and Ewing & Ring, on the brief), for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed.

LANYON ZINC CO. et al. v. BROWN et al. (Circuit Court of Appeals, Eighth Circuit. September 5, 1902.) No. 1,786. Appeal from the Circuit Court of the United States for the District of Kansas. Albert H. Walker, John H. Atwood, and William W. Hooper, for appellants. Philip C. Dyrenforth, for appellees. No opinion. Affirmed, with costs.

LOEB v. TRUSTEES OF COLUMBIA TP., HAMILTON COUNTY. (Circuit Court of Appeals, Sixth Circuit. May 14, 1902.) No. 738. In Error to the Circuit Court of the United States for the Southern District of Ohio. C. Hammond Avery, H. D. Peck, and John W. Warrington, for plaintiff in error. Louis A. Ireton and Burch & Johnson, for defendant in error. Before LURTON, DAY, and SEVERENS, Circuit Judges. No opinion. Dismissed on stipulation of counsel.

LOUISVILLE & N. R. CO. v. CROSSLEY. (Circuit Court of Appeals, Fifth Circuit. October 21, 1902.) No. 1,194. In Error to the Circuit Court of the United States for the Northern District of Georgia. Jos. B. Cumming, Bryan Cumming, and Sanders McDaniel, for plaintiff in error. Hoke Smith, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed.